IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00396-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SERGIO TORRES,
a/k/a Sergio Torres-Soto,
a/k/a Jose Martinez-Melendez,
a/k/a Antonio Morales,
a/k/a Jesus Torres,
a/k/a Manuel Mendoza,
a/k/a Sergio Cholo,

    Defendant.

___

## ORDER RESETTING CHANGE OF PLEA HEARING
___

This matter is before the Court *sua sponte*. Due to a scheduling conflict, it is hereby

ORDERED that the change of plea hearing set for January 6, 2006, at 11:00 a.m. is reset to January 6, 2006 at **11:45 a.m.**

DATED: January 3, 2006

        BY THE COURT:

        *s/ Phillip S. Figa*
        _____
        Phillip S. Figa
        United States District Judge