IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00396-F

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SERGIO TORRES,
a/k/a Sergio Torres-Soto,
a/k/a Jose Martinez-Melendez,
a/k/a Antonio Morales,
a/k/a Jesus Torres,
a/k/a Manuel Mendoza,
a/k/a Sergio Cholo,

       Defendant.

_____

## AMENDED ORDER RESETTING SENTENCING HEARING
_____

      This matter is before the Court *sua sponte.*  Due to a scheduling conflict, it is

hereby

      ORDERED that the sentencing hearing set for January 6, 2006, at <u>11:00 a.m.</u> is

reset to January 6, 2006 at **11:45 a.m.**

      DATED: January 3, 2006

                              BY THE COURT:


                              *s/ Phillip S. Figa*
                              _____
                              Phillip S. Figa
                              United States District Judge